UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANUELOS,<br><br>           Plaintiff,<br><br>      v.<br><br>GLADYS SANDOVAL, et al.,<br><br>           Defendants. | Case No.  1:14-cv-01923-MCE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS FOR FAILURE TO STATE A CLAIM<br><br>(ECF Nos. 5, 8, 9)<br><br>THIRTY-DAY DEADLINE |

Plaintiff proceeding pro se and in forma pauperis filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 4, 2014.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 31, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  On January 20, 2015, Plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 31, 2014 (ECF No. 8), are ADOPTED in full;

2. Defendants Kings County Board of Supervisors are DISMISSED from this action for Plaintiff's failure to state a claim against them;

3. Plaintiff's equal protection, due process, right to petition, 28 U.S.C. § 1981, and IDEA claims are DISMISSED without leave to amend for failure to state a claim;

4. Plaintiff's claim under California Welfare and Institutions Code section 16010.6 is DISMISSED without leave to amend for failure to state a claim;

5. Plaintiff is granted leave to amend the retaliation claim based upon Defendant Sandoval's refusal to allow Plaintiff to bring Stefan gifts and access the recreation yard;

6. The retaliation claims in regard to all other allegations are DISMISSED with prejudice;

7. Within thirty days from the date of service of this order, Plaintiff shall file an amended complaint regarding only his retaliation claim against Defendant Sandoval based upon the refusal to allow Plaintiff to bring Stefan gifts and access the recreation yard; and

8. Failure to file a complaint in compliance with this order will result in this action being dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated: February 3, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT